**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**V** **CR. NO. 04-00112-01ML**

**DENNIS BATISTA**

**DEFENDANT'S MOTION TO CONTINUE THE DEFENDANT'S SENTENCING**

Comes now the Defendant, Dennis Batista, by and through his attorney, John J. Bevilacqua, and hereby moves for a continuance of the Defendant's sentencing, currently scheduled before this Court on July 8, 2005. The parties seek a continuance to August 5, 2005.

The Assistant U.S. Attorney, Adi Goldstein, is not objecting to this request. The reason for said request is that the Attorney for the Defendant and the Assistant U.S. Attorney are discussing issues that may have an effect on the Court's decision in sentencing the Defendant.

Defendant,
By his attorney,

[signature]

JOHN J. BEVILACQUA, ESQ. #0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 24th day of June 2005, I mailed or hand delivered a copy of the foregoing to Adi Goldstein, Esq. at the Office of the United States Attorney, 8th Floor, Fleet Center, Providence, Rhode Island 02903.

[signature]

jacinto garcia.doc/#JB3/motions

Granted. Mary M. Lisi USDJ 6/27/05