**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLALND**

FILED SEP 30 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS** | ) | **CR. NO. 04-112-01ML** |
| | ) | |
| **DENNIS STEVEN BATISTA** | ) | |

**DEFENDANT'S MOTION TO CONTINUE THE DEFENDANT'S SENTENCING**

Now comes the Defendant, Dennis Steven Batista, by and through his attorney, John J. Bevilacqua, and hereby moves for a continuance of the Defendant's sentencing, currently scheduled before this Court on October 6, 2005. The parties seek a continuance to November 17, 2005.

The Assistant U.S. Attorney, Adi Goldstein, is not objecting to this request. The reason for said request is that the Attorney for the Defendant and the Assistant U.S. Attorney are discussing issues that may have an effect on the Court's decision in sentencing the Defendant. These issues should be resolved during this period of time.

Defendant,
By his attorney,

JOHN J. BEVILACQUA, ESQ.
Bar No. 0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

Granted. Mary M. Lisi USDJ 10/3/05

**CERTIFICATION**

I hereby certify that on this 30th day of September, 2005, I mailed a copy of the foregoing to Adi Goldstein, Esq., Office of the U.S. Attorney, 8th Floor, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903 by regular mail, postage prepaid.